**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

ACYRA CLOUD,                          :
                                      :
                    Plaintiff,        :          26-CV-1392 (DEH) (OTW)
                                      :
            -against-                 :          **ORDER**
                                      :
TARGET CORPORATION,                   :
                                      :
WHOLE FOOD MARKET GROUP, INC.,        :
                                      :
CVS PHARMACY, INC.,                   :
                                      :
STARBUCKS, et al.,                    :
                                      :
                    Defendants.       :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on Thursday, April 30, 2026. As

**ORDERED** at the conference, parties are to adhere to the following briefing schedule:

- Defendants' omnibus motion to dismiss is due **Tuesday, June 2, 2026**, and

  Defendants' individual supplemental briefs are due **Friday, June 5, 2026**;

- Plaintiff's reply brief is due **Friday, June 26, 2026**;

- Defendants' responses, if any, are due **Friday, July 10, 2026**.

Discovery is **STAYED** while the motion to dismiss is being briefed. Accordingly, ECF Nos.

18, 24 are **DENIED** without prejudice as premature.

2

The Clerk of the Court is respectfully directed to close ECF Nos. 18 and 24.


**SO ORDERED.**


_____s/ Ona T. Wang_____

Dated: April 30, 2026                    **Ona T. Wang**
      New York, New York              United States Magistrate Judge