**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

ACYRA CLOUD,                                     :
                                                 :
                    Plaintiff,                   :          26-CV-1392 (DEH) (OTW)
                                                 :
          -against-                              :
                                                 :          **ORDER**
                                                 :
TARGET CORPORATION, WHOLE FOOD                   :
MARKET GROUP, INC., CVS PHARMACY, INC.,          :
STARBUCKS, et al.,                               :
                                                 :
                    Defendants.                  :
                                                 :
---------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Plaintiff Acyra Cloud, proceeding *pro se*, initiated this action by filing a complaint in New York State Supreme Court on January 26, 2026. The case was removed to the Southern District of New York on February 18, 2026. (ECF 2). The Court held an Initial Case Management Conference in this matter on Thursday, April 30, 2026. As previously **ORDERED** following that conference, a briefing schedule on the motion to dismiss was entered and discovery was **STAYED** while the motion to dismiss is being briefed. (ECF 43).

I.      Plaintiff's "Amended Complaint" (ECF 53)

The Court is in receipt of Plaintiff's "amended complaint[1]," in which she streamlines the allegations and causes of action asserted in the original complaint under New York City Human Rights Law and the theory of respondeat superior. (ECF 53).

---

[1] Although styled as an amended complaint, the filing raises only two claims and relies on factual allegations in the original complaint. We liberally construe pleadings and briefs submitted by *pro se* litigants, *see Cruz v. Gomez,* 202 F.3d 593, 597 (2d Cir.2000), reading such submissions "to raise the strongest arguments they suggest," *Bertin v. United States*, 478 F.3d 489, 491 (2d Cir. 2007) (citing *Burgos v. Hopkins,* 14 F.3d 787, 790 (2d Cir.1994). Accordingly, the Court will consider both filings when considering Defendants' motions to dismiss.

The parties shall continue to comply with the Court's previously-established briefing schedule concerning the pending motions to dismiss. Plaintiff is reminded that her deadline to oppose the motion to dismiss is **Friday, June 26, 2026**. Plaintiff must still oppose the motion to dismiss by that date. Defendants may address the "amended complaint" at ECF 53 and ECF 55-1 in their reply papers, if needed, by July 10, and Plaintiff may file a sur-reply after obtaining leave of the Court.

II.      Motion for insurance policy disclosures (ECF Nos. 4 and 54)

Discovery in this case has been stayed as of April 30, 2026, pending resolution of the motion to dismiss. Accordingly, Plaintiff's motion for insurance policy disclosures pursuant to Fed. R. Civ. P 26(a)(1)(A)(iv) is **DENIED** without prejudice as premature.

III.     Motions for "summary judgment" (ECF Nos. 4 and 55)

The Court is also in receipt of Plaintiff's motion for partial summary judgment. (ECF 55). This request also appears at ECF 4, titled, "motion for partial summary judgment and to compel insurance disclosure," and encompasses requests similar to those at ECF Nos. 54 and 55. The Court has previously established a briefing schedule concerning Defendants' pending motions to dismiss. Those motions are still being briefed. No discovery schedule has been entered, and the parties have not yet proceeded beyond the pleading stage.

Under these circumstances, Plaintiff's request for summary judgment is premature. By separate report and recommendation, this Court will recommend denial of these motions as premature. The Court will construe ECF 55-1, which appears to be a list of "93 incidents" to also

2

be part of Plaintiff's "amended complaint." (ECF 55-1). <u>This is not, however, an invitation for</u>

<u>Plaintiff to file any more motions other than her opposition to Defendants' motions to dismiss.</u>

The Clerk of the Court is respectfully directed to close ECF 54.

**SO ORDERED.**

_____s/ Ona T. Wang_____

Dated: June 11, 2026                        **Ona T. Wang**
      New York, New York                  United States Magistrate Judge