UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACYRA CLOUD,

Plaintiff,

v.

TARGET CORPORATION, ET AL.,

Defendants.

26 Civ. 1392 (DEH) (OTW)

**ORDER**

DALE E. HO, United States District Judge:

In this action, Plaintiff Acyra Cloud, proceeding pro se, asserts various claims against Defendants Target Corporation and other retailers. On February 18, 2026, and again on June 2, 2026, Plaintiff moved for partial summary judgment. *See* ECF Nos. 4 and 55. On June 11, 2026, Magistrate Judge Wang issued a Report and Recommendation (the "Report"), recommending that the motion be denied without prejudice. *See* ECF No. 65. The deadline to file objections to the Report was June 25, 2026. As of the date of this Order, more than two months later, there have been no objections filed.

In reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023). The Court has reviewed the Report and has found no error, clear or otherwise.

It is hereby **ORDERED** that the Report is **ADOPTED IN FULL.** As set forth in the Report, the motions for partial summary judgment are improper at this time, as there are pending motions to dismiss and (if those motions are denied) the factual record in this case has not yet been

developed. *See* Report at 4-6. Accordingly, the motions for partial summary judgment are **DENIED WITHOUT PREJUDICE**.

The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff at the address listed on the docket.

The Clerk of Court is further respectfully directed to terminate ECF Nos. 4 and 55.

SO ORDERED.

Dated: September 8, 2026
New York, New York

DALE E. HO
United States District Judge